Case 4:23-cv-00427   Document 14   Filed on 10/24/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Maria Gomez, | § | |
| Plaintiff, | § § § | |
| versus | § § | Civil Action 4:23-427 |
| Exclusive Furniture Management Corp., | § § § § | |
| Defendant. | § | |

## Order of Dismissal

On the parties' stipulation, this case is dismissed with prejudice with each party to bear its own costs.

Signed on October 24, 2023, at Houston, Texas.

_____
Honorable Lee H. Rosenthal
United States District Judge